FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL EDWIN LITTLEFIELD,<br><br>              Plaintiff,<br><br>v.<br><br>CHIEF B. SPLAWN, LT. T. IRION, LT. E. COXEN, KRYSTAL WEBER, ALAN KEARNS, KEVIN AVELEZ, AMY YORK, and CHRISTY WAUDBY,<br><br>              Defendants. | NO: 1:24-CV-3057-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS |

By Order filed June 25, 2024, the Court instructed Plaintiff Daniel Edwin Littlefield, formerly a prisoner at the Yakima County Jail, to either pay the $405.00 fee ($350.00 statutory filing fee, plus $55.00 administrative fee) to commence this action as required by 28 U.S.C. § 1914, or complete and file the financial affidavit provided with that Order as required by 28 U.S.C. § 1915(a)(1). ECF No. 4. A copy of the Order was mailed to Plaintiff at the residential address he provided on June

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 1

25, 2024, and the deadline to comply with that Order was set for July 25, 2024. *Id.*

Plaintiff did not comply with the Court's instructions and has filed nothing further in this action. The Court cautioned Plaintiff that his failure to comply would result in the dismissal of this action. *Id.* at 2. The Court concludes that Plaintiff has chosen to abandon this litigation.

Accordingly, for the reasons set forth above and in the Court's prior Order, ECF No. 4, **IT IS ORDERED**:

(1)    This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

(2)    The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff at this last known address, and **CLOSE** the file.

**DATED** August 2, 2024.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS -- 2